UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN A. BENEDETTO,   CASE NO: 1:18-cv-11744-KPF

    Plaintiff,

vs.

THE MUSEUM OF SEX LLC, a Delaware limited liability company, d/b/a MUSEUM OF SEX, and GGR HOLDINGS, LLC, a New York limited liability company,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff, JOHN A. BENEDETTO, and Defendants, THE MUSEUM OF SEX LLC, a Delaware limited liability company, d/b/a MUSEUM OF SEX, and GGR HOLDINGS, LLC, a New York limited liability company, by and through the undersigned counsel, and hereby notify this Honorable Court that settlement has been reached in the above styled case, which shall result in the dismissal of all parties and the entire case. The settlement agreement is in the process of being drafted, and the parties, pursuant to the Settlement Terms, respectfully request the Court to issue a five (5) month Order of Dismissal to permit Defendants to satisfy the monetary portion of the settlement.

    Dated: This 19th day of September, 2019.

| | |
|---|---|
| By: _S/ B. Bradley Weitz_____<br>B. Bradley Weitz, Esq.<br>THE WEITZ LAW FIRM, P.A.<br>Bank of America Building<br>18305 Biscayne Blvd., Suite 214<br>Aventura, Florida 33160<br>Telephone: (305) 949-7777<br>Facsimile: (305) 704-3877<br>Email: bbw@weitzfirm.com<br>*Attorney for Plaintiff* | By: _S/ Adam Braverman_____<br>Adam Braverman, Esq.<br>BRAVERMAN LAW PC<br>450 Seventh Avenue, Suite 1308<br>New York, New York 10123<br>Telephone: (212) 206-8166<br>Facsimile: (646) 452-3828<br>Email: adam@bravermanlawfirm.com<br>*Attorney for Defendants* |